9/23/15

2:15 cv 05804 JS/AKT

To whom it may concern;

My name is Jason P Brand.

I wish to attempt to stop this default judgment. I have been a victim of many court actions - most beyond my control. I have a disability that had become multiple over the last 12 months or so. I have had multiple surgeries to my neck & shoulder, I have developed Carpal Tunnel - (sorry about the amount of time it takes for me to get this to you) (+ my hand writing). Neuropathy gets worse as the day goes on & I have been up all night trying to understand how this case defaulted + how I was going to do today. Yet + don't have the time means most people do - besides having issues driving & commuting - I have no car currently - it's in the shop due to someone putting water in my fuel tank. The NYS AG has a agreement order since last year in which all my money was taken including real property & many other Ass'd Siezed or taken by finance companies. I have no rights, I'm not able to hire a attorney, pay for medical expenses, & have few people that want to be around me. The State has alleged that I committed insurance fraud initially & froze all my assets under the NYS 13A Statue. The case was later on in March of this year dropped yet new larger charges were brought about. If I told you how this all started most wouldn't believe it, but in [*]

How this all started first within I believe (?) but in simple terms - A ex-employee stole a lot of money & equipment & I pursued him with the DA's office - in which one thing led to the other he became a witness against me for the current the case. Retaliation! Well the plaintiff here is using the same "alleged" charges against me for criminal

breaches + fraud to find out A way to deny
coverage in this case. The information in which they
say I never disclosed is not remotely true +
their denial letters both on the claim + appeal
both are Oribulous. There was no reason 3 years
Ago or so to lie about my health — I loved working
+ was doing real well, my broker told me I needed
this insurance, as he had also written life policies
for me in the past - God forbid something should
happen to me. He had me chose principal in which
was very expensive compared to the other carriers
because he said it was a excellent Company +
they do "the right thing". Well I disagree.
    During the application process the broker came to
my house and sat down + we filled out the application
in which I acknowledge various existing health
conditions such As high blood pressure, past lower
back surgery, etc.. All medications I was taking
etc... Principal verified everything by pulling my
Medical records through IPAA Adms A Aiss having A
PARAMED company Do their own exam on me!
    Given that I had declared prior surgeries
+ other Medical info. certain restrictions were
Part of my policy in which was seeminbliy
attained! Also the ~~premium paid~~ was also
higher than their standard rate initially quoted due
to ~~the higher risk~~! I have confirmed such with
another broker at the time of the rates. Principal

Mother/Broker at the time of the sale. Principal obviously agreed to the risk because they charged a higher premium for the coverage including several exclusions based upon representations I had made to them. The policy language is definitely similar to other policies that I have. One main point I'd like to point out.

Is that there is a 90 day elimination period
before coverage could start, with a premium
waiver. Also after 2 years of the policy
being in effect, the contestment period
ended. The only way to rescind coverage after
2 years would to prove I committed fraud!
   Also the policy allowed benefits to be paid until
the court or Alternative dispute Authority had
adjudication. So from Jan 21 2015 to present
Principal should not have been accepting premium
+ also should have been paying benefits. But in-
stead they been playing the claims game
Until right before the 1 year mark to avoid any
statute of limitation, issued + brought this
case to your bench! Knowing doing so with the
current accusations would possibly prejudice my
ongoing criminal case a just like the state +
press state in guilty until I prove otherwise.
   Not only did Principal due this payment they
conspired with another LTD plan the same broker
attained for me when principal Insurance would not
give me the amount of coverage I needed to
replace my current income. The other insurance
company is lloyds of London in which ironically
denied this claim at the same time as principal
after I told them both I would not consent to the
two companies exchanging my health info the found a way
to deny coverage. Principal life clearly breached

to deny Coverage. Principal Life clearly breached
their contract + now taking advantage of a
disabled Individual with no means to defend himself.
Please keep in mind for the person — I have no
criminal history + never had any dealings with the
law. Actually the few show how badly I
have been publically defamed I wish to share

A simple non-based And/or prejudiced fact I have been dying to disclose.

The charges against myself for insurance fraud in 2014 "allige" that I defrauded Arch Insurance Company for non-disclosure of the related party in the proofs of loss. ?

Well here is A FACT. When the building collapsed I owned A restoration company & had Insurance with two companies Aspen Specialty & Mount Hawley Insurance, both GL Coverages.

The Narco Freedom building collapsed due to Age of old beam & A clogged roof drain - the weight of the rain caused the collapse according to Arch Engineers.

Well given the building was unsafe and in between two other residences. Arch Insurance was afraid of the building collapsing further, & A common exclusion in Construction GL Policies is "EARTH Movement exclusion".

Well given I was going to do the loss myself, the broker for Arch "Brown & Brown" took my GL Insurance to Arch & they said that exclusion had to be removed. I had A different broker At that time (Actually the same broker As the Principal policy in this case - RAMPART Group) - Well Mr. Hawley The GL CARRIER Refused to remove that exclusion & RAMPART Brokerage could not find one carrier that would. So the head of [*]

One Company that would. So the head of
Brown & Brown, High Labadorf went to
Arch & they had a General contracting Line Of
Insurance that Agreed to write this Construction
Policy to eliminate that earth movement exclusion
For the One building that collapsed. So they
Also Charged me with not disclosing my relationship.

My Company Dase Development is A "S" Corp—
I am the only owner and signer ever on the
business. I have a copy of the orginal application
for insurance My read & signature is the only
name Arch has. I had GL Coverage with Arch up
until 11/2014, After the Inducments, then they would
not renew because of the press. However they
had no clue at least the internal claims dept had
no clue. I Supposedly was being Charged with
defrauding them, Also the Claims Company Arch Uses —
NOT A insurance Company — YoU Claims. I had
done Many Claims with my restoration company
Prior to the 212 Court Street property Aord
After the Project was finished. I have this all documented
& under the penalty of perjury I Swear this
is the truth. Wow, that feels good! But that is
why we are Supposed to have laws & the accused
are Supposed to be innocent until proven guilty —
I just Proved & Can document a "Alleged"
B felony 5-15 Years jail time in which the
public & the state already made their mind up —
let alone I never understood how An AG had
jurisdiction in this case — let alone how medicaid fraud
was indicated? but that one of many facts that
I'll have to express eventually in state court — but it
shows this Court An important point! that principal
& the other Insurance Companies Continue to breach their
duties as insurance companies. The harm is irrevocable,

the other insurance companies, but the

[2]

aimed at insurance companies, the harm is irrevocable,

Im financially devastated, my health worse, mental status

really not good. family is devastated - A I as A father

can't protect the children from propaganda - but keep

in mind their father bound insurance with the intention

Of protecting them in good faith - Yet the insurance

companies continue to devastate instead of protect!

We have a terrible situation here if the court allows this default to stand. I'm all alone no rights to an attorney, disabled, + broken - the facts are the facts! Someone who commits insurance fraud or Material Misrepresentations typically don't disclose previous Surgeries, don't pay increased Premiums based upon risk. Don't insure with the same brokers + insurance carriers as the "alleged" victims - I overly disclosed information. But hey insurance companies are here to make money, their is no such thing as "Fiduciary duties" I have seen + currently continue to see the worst. And in the past being a restoration company + on many insurance company vendor lists - I'm more than familiar with the games insurers play with the Vulnerable. It's sick & wrong, + a false Promise that can really break people + their families apart. I'm an example - Please let me bring my case here before this court to prove that I always acted in good faith? Allow this case to set A president to give these insurance companies a second to think before they act in the worst interests of their insureds. I'll prove every thing they throw at Us As wrong + not applicable - Don't let My rights And everyone rights who would fall into my Shoes today be punished because I didn't realize that I was supposed to file paperwork. I was[*]

that I was supposed to file paperwork. I was
waiting for the court, everyone told me I had time,
I would never jepardize my rights in this court —
I need to defend this case Please!

Jason Brand

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D N.Y.

★   SEP 24 2015   ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------X

PRINCIPAL LIFE OINSURANCE CO

                            Plaintiff,

                -against-

                            Defendant(s).
------------------------------------------------X

**APPLICATION FOR THE COURT TO REQUEST COUNSEL**

2:15 CV 05804 (JS-A)

1.   Name of applicant   JASON P BRAND

2.   Explain why you feel you need a lawyer in this case. (Use additional paper if necessary.)

I dont know what im doing, I am trying very hard, but its

very overwhelming, and i just possibly defaulted, and didnt know i had to do

anything prior to conf. i have a very complicated case, and im being taken advantage of.

3.   Explain what steps you have taken to find an attorney and with what results.  (Use additional paper if necessary.)

i am attached by the nysag all my assets are frozen since oct 2014, i dont even have enough money for lloving expenses, currently

i contacted nassau/suffolk legal services, without calls back, suffolk couty bar association, reached out to various

private attorneys that wont work on a contingency arrangement, my current legal situation with the ag isnt moving.

4.   If you need a lawyer who speaks in a language other than English, state what language you speak:

i only understand english

5.   I understand that if a lawyer volunteers to represent me and my lawyer learns that I can afford to pay for a lawyer, the lawyer may give this information to the Court.  I understand that if the Court grants this application in a complaint against the Commissioner of Social Security, the pro bono attorney, if successful, has the statutory right to request that the Court award a fee of up to 25% of the accrued Social Security or Supplemental Security Income Benefits.  See 42 U.S.C. § 406.

6.   I understand that if my answers on my Request to Proceed *In Forma Pauperis* are false, my case may be dismissed.

7.   **I declare under penalty of perjury that the forgoing is true and correct.**

Dated: 09/24/2015

                                    _____
                                    *Signdture*

*rev. 7/08*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------X

Principal life insurance Company

**REQUEST TO PROCEED**
*IN FORMA PAUPERIS*
**IN SUPPORT OF THE**
**APPLICATION FOR THE COURT TO**
**REQUEST COUNSEL**

                                    Plaintiff,

          -against-                           2:15 ___ CV ___ 03804 ___ (JS-A)

Jason P Brand

                                    Defendant(s).

----------------------------------------------------X

I, **jason p brand** _____ (print or type your name) am the plaintiff/defendant
in the above-entitled case and I hereby request to proceed *in forma pauperis* and without being required to
prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of
said proceeding or give security therefor, and that I believe I am entitled to redress.

1.      If you are presently employed, give the name and address of your employer and state the amount
        of earnings per month.

        went on leave effective date of disability 10/22/2015, been unable to get ss disability, in appeal 16 month backlog), no accrued time
        _____

        paid, on snap and medicaid, this action is from one of 3 companies i had ltd benefit, all of which have jointly denied coverage
        _____

2.      If you are not presently employed, state the date you were last employed and your earnings per
        month at that time. **You must answer this question even if you are incarcerated.**

        i left 10/22/2014, was supposed to keep benefits under fmla, yet retaliated against and no accrued time and erisa
        _____

        benefits lapsed, then health insurance reinstated, but with various lapses, officially fired 7/15/15 for not returning to work per fmla.
        _____

3.      Have you received, within the past twelve months, any money from any source? If so, name the
        source and the amount of money you received.

        i am a civil and criminal defendant in a case with nysag,  all assets attached , no money given to me
        _____

        a) Are you receiving any public benefits?          ☐ No  ☑ Yes, $ medicaid/snap only
                                                                                _____

        b) Do you receive any income from any other source?  ☑ No  ☐ Yes, $ _____

*rev. 7/08*

4.  Do you have any money, including money in a checking or savings account? If so, how much?

no everything was attached by the attorney general, all monies siezed and held in a escrow account, no access

5.  Do you own any apartment, house or building, stocks, bonds, notes, automobiles or other valuable property? If the answer is yes, describe the property and state its approximate value.

[ ] No  [✓] Yes, $ all attached 1 going to short sale, primary residence attached and 42k past due going to forclosure

6.  Do you pay for rent or for a mortgage? If so, how much each month?

[✓] No  [ ] Yes, $ I did, but attorney general hasnt alllowed enough funds to pay creditoirs, being sued by various institutions

7.  List the person(s) that you pay money to support and the amount you pay each month.

i ndont pay, but i have a wife who is employed part time making 150 a month, , she doesnt share, 2 children

7 year olds, currently on medicaid and snap in public school, some money released to wife, yet no more available currently

8.  State any special circumstances which the Court should consider.

my nysag order of attachment, i have a real issue with this suit. they acted in bad faith, and i relied upon

income i was supposed to get froim the plantiff due to the proven uncontested disability i currently have, i have a ongoing case in

bronx supreme, my LTD policies are all recinding or not paying because of the "alleged" crime i have been charged.

I understand that the Court may dismiss this case if I give a false answer to any question in this declaration.

I understand that if the Court grants this application in a complaint against the Commissioner of Social Security, the pro bono attorney, if successful, has the statutory right to request that the Court award a fee of up to 25% of the accrued Social Security or Supplemental Security Income Benefits. See 42 U.S.C. § 406.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: 09/23/2015 _____        _____
                                                          *Signature*

*rev. 7/08*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- X

principal life insurance

                    Plaintiff,                    **AFFIRMATION OF SERVICE**

                                                  2:15 __CV__03804 (js-akt)

         -against-
jason p brand

                    Defendant(s).
-------------------------------------------------------- X


I, jaosn p brand _____ (print or type your name), **declare under penalty of**

**perjury** that I have served a copy of the attached Application for the Court to Request Counsel upon the

defendant(s) or the attorney for defendant(s) jaosn p brand

whose address is: 23 barrington place , melville, ny 11747

by electronic fax and fedex
(describe how you served document: For example - personal delivery, mail, overnight express, etc.)


Dated: 09/24/2014

                              _____
                              Signature
                              23 barrington place
                              _____
                              Address
                              melville, ny 11747
                              _____

                              _____
                              City, State & Zip Code


*rev. 7/08*

- Query
- Reports
- Utilities
- Logout

NPROSE

# U.S. District Court
# Eastern District of New York (Central Islip)
## CIVIL DOCKET FOR CASE #: 2:15-cv-05021-JMA-GRB

Brand et al v. Narco Freedom Inc. et al
Assigned to: Judge Joan M. Azrack
Referred to: Magistrate Judge Gary R. Brown
Cause: 42:2000e Job Discrimination (Employment)

Date Filed: 08/19/2015
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 08/19/2015 | 1 | COMPLAINT against All Defendants Was the Disclosure Statement on Civil Cover Sheet completed -YES,, filed by Samantha L Brand, Jason P Brand. (Attachments: # 1 Civil Cover Sheet) (Gledhill, Rosemary) (Entered: 08/28/2015) |
| 08/19/2015 | 2 | MOTION for Leave to Proceed in forma pauperis by Jason P Brand, Samantha L Brand. (Gledhill, Rosemary) (Entered: 08/28/2015) |
| 08/19/2015 | 3 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if** all parties wish to consent. The form may also be accessed at the following link:http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences.** Do **NOT return** or file the consent <u>unless</u> all parties have signed the consent. (Gledhill, Rosemary) (Entered: 08/28/2015) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/12/2015 19:09:54 | | | |
| PACER Login: | jasonb8293:4506430:0 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:15-cv-05021-JMA-GRB |

| Billable Pages: | 1 | Cost: | 0.10 |



September 24, 2015

Dear Customer:

The following is the proof-of-delivery for tracking number **781357823974**.

## Delivery Information:

| | | |
|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Mailroom |
| **Signed for by:** | C.COX | **Delivery location:** | CENTRAL ISLIP, NY |
| **Service type:** | FedEx Priority Overnight | **Delivery date:** | Sep 21, 2015 09:56 |
| **Special Handling:** | Deliver Weekday | | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

## Shipping Information:

| | | |
|---|---|---|
| **Tracking number:** | 781357823974 | **Ship date:** | Sep 18, 2015 |
| | | **Weight:** | 0.5 lbs/0.2 kg |

**Recipient:**
CENTRAL ISLIP, NY US

**Shipper:**
melville, NY US

Thank you for choosing FedEx.

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| JASON P BRAND | NARCO FREEDOM INC., ET AL |

| (b) County of Residence of First Listed Plaintiff | **SUFFOLK** | County of Residence of First Listed Defendant | **BRONX** |
|---|---|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | | *(IN U.S. PLAINTIFF CASES ONLY)* | |
| | | NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. | |

| (c) Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |
|---|---|

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question
  *(U.S. Government Not a Party)*

☐ 2 U.S. Government Defendant

☐ 4 Diversity
  *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 195 Contract Product Liability | | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | | | ☒ 791 Employee Retirement Income Security Act | | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
29 U.S.C. § 1105

Brief description of cause:
ADD TO ORIGINAL COMPLAINT, ERISA STATUE AND FIDUTUARY DUTIES - INTENTIONAL BREACH

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*  JUDGE _____  DOCKET NUMBER CV-15 5021

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____



**Received by edny 9/25/2015 – prose' office via fedex**

<u>**Additional causes of actions to be attached to original filing. Evidence to substantiate such action included in original submittal.**</u>

**<u>Breaches under ERISA including:</u>**

(1) Participating knowingly in an act of another fiduciary, knowing the act was a breach, in violation of 29 U.S.C. § 1105(a)(1);

(2) Failing to monitor or supervise another fiduciary and thereby enabling a breach in violation of 29 U.S.C. § 1105(a)(2); or

(3) Having knowledge of a breach by another fiduciary and failing to make reasonable efforts under the circumstances to remedy the breach in violation of 29 U.S.C. § 1105(a)(3)

(4) Failure of Employer to provide Policy Documents

(5) Liquidation of Employers Assets, with intent to mislead and/or lead on Benefits of the Benefit plan

(6) Conflict of Interest – Failed to disclose plans assets/documents and used such funds for one self-interest including attorney fees to self.

(7) Fraud – Requesting the court hold the Receiver harmless for all Fiduciary Breaches of any employee benefit plan while having knowledge on of an ongoing breach when taking such an oath to uphold a plan that is governed by other statue, and continuing to liquidate the plans assets, ignoring such claims by its plan participants. Gross intent to defraud and cause harm to its employees when a "receiver" is brought in to uphold the law and protect the organizations "fiduciary duties".

(8) Failure to act in its plans participants best interest, Gross Neglect to the plan and its participants, acting out of self-dealings, and one's self-interest/intent.

(9) Acknowledgement of duties to uphold health insurance under the fmla, yet promises to reinstate without lapse, and promises become broken. Failure to abide by Board Resolutions.

**<u>Remedies to include:</u>**

Payments due per Health Welfare plans as defined under ERISA to include all additional equitable remedies available under ERISA Section 502(a)(3) for claims brought against breach of Fiduciary Duty that caused damages beyond the payments due to be determined at trial.

I'm requesting that these additional causes of actions not prejudice any future causes that may materialize through discovery and the testimony of witnesses. Erisa is the driving force of this action given its limited statute of limitations, and the current and ongoing liquidation of ERISA protected assets

### Additional Modifications/Additions/Requests:

I respectfully withdraw suit by co-plaintiff Samantha L. Brand, without prejudice at this time per the request of Lori Lapin Jones, General Counsel - Garfunkel Wild.

The Case to Proceed under multiple causes of action, and brought at this time due to Federal Statute of Limitations.

I respectfully request that an Order to Show Cause for a preliminary injunction be brought to Freeze Assets associated with Narco Freedom, Inc. as assets governed under ERISA and other Fair Labor Standards governed by the USDOL Wage and Hour Division to include Accrued time as documented in the Annual 990's with the IRS of monies due to employees as documented. Such assets have also been liquidated and continues to be as we speak. If a Restraining order is not brought, we would be without any remedies and the material breach of fiduciary duties would essentially be without a way to compensate its victims causing gross injustice.

Narco Freedom's past and continued malice and discriminatory actions have directly resulted in retaliatory actions based upon unfounded facts and accusations without due process. As a result false allegations either published or unpublished by media outlets continue to "harm" the credibility of someone who has yet to have his day in court. These actions have caused and continue harm to an "accused" individual and his family. My family includes young children that will be forever affected by the actions of the defendants, and our rights and liberties of our country and state were built to uphold a constitution with various laws in which most have been withheld to date without due process. I respectfully request privacy in this matter for the sake of my children's wellbeing. As I patiently await my day in court.

I request that any medical information and privileged information that may prejudice my current criminal action in some way or another be sealed.

I also request that immediately, a complete job description be given to both the social security administration, and Cigna Insurance Company. The issue remains that the current administration is not such of the administration in which I was employed. So I request that the emails in which I have disclosed to the insurance companies and my own job description and/or a prior supervisor of mine be able to submit and sworn affidavit of my job duties and responsibilities during my tenure at narco freedom, so maybe benefits are not held up due to pure retaliation and false information.

I request a preliminary conference be held ASAP, as time is clearly of the essence in this matter and so many fronts. I am disabled and continue to be so, yet I'm not entitled to any accrued, and/or benefit plans, narco freedom would not make any accommodations and/or even respond to be during my leave.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### Eastern District of New York

JASON P BRAND ) )
) )
) )
) )
_____ )
_Plaintiff(s)_ )
v. ) Civil Action No.  CV-15 5021
NARCO FREEDOM INC., CIGNA LIFE INSURANCE )
CO OF NY, LORRI LAPPIN JONES, AS RECEIVER, )
PRINCIPAL LIFE INSURANCE, LLOYD OF )
LONDON - PETERSON INTERNATIONAL, )
_____ )
_Defendant(s)_ )

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  NARCO FREEDOM INC - 250 GRAND CONCOURSE, BRONX NY 10451
CIGNA LIFE INSURANCE CO OF NY - 25600 NORTH NORTERRA DRIVE,
PHOENIX AZ 85085-8201
LORI LAPPIN JONES - 98 CUTTER MILL RD,SUITE 201, GREAT NECK, NY 11021
PRINCIPOAL LIFE INSURANCE CO - 711 HIGH STREET, DES MOINES IA 50392
LLOYDS OF LONDON,PETERSON INTERNATIONAL, CERTAIN UNDERWRITERS
AT LLOYDS OF LONDON 1350 MAIN STREET, SPRINGFIELD, MA 01103-1641

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:    JASON P BRAND
23 BARRINGTON PLACE
MELVILLE, NY 11747

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____    _____
_Signature of Clerk or Deputy Clerk_

From: **jason brand** jasonb8293@aol.com
Subject: Re: Brand v. Narco Freedom, et al.
Date: September 11, 2015 at 6:05 PM
To: Kristin Angermann kangermann@garfunkelwild.com
Cc: jasonb8293@me.com, jasonb8293@gmail.com, jason brand jaybrand123@gmail.com, Andrew Zwerling
azwerling@garfunkelwild.com, Justin Vogel jvogel@garfunkelwild.com, Richard Harrow rharrow@Oalaw.com, David Ross
dross@Oalaw.com, Linda S. Agnew lagnew@jaspanllp.com



Hi I am sorry , I have read the order , however this lawsuit was brought per a right to sue letter under the Eeoc and NYS dept of human rights .

The order you have attached also clearly excludes any actions brought in which a statue of limitations exist. In my case, time is clearly of the essence give the approved FMLA was taken just about 1 year ago, therefore the federal statue under EBSA is 1 year from the date of claim. I cannot withdraw do to this limitation, it would prejudice all my rights under EBSA.

So I respectfully deny your request to withdraw.

Also please keep in mind my claim for loss of benefits, accrued time owed, discrimination, etc was reported to your client immediately following her appointment as well as several complaints with regulating agencies were filed even before your client had become the receiver.

I have been advised by the Eeoc, NYS DEPT OF HUMAN RIGHTS and USDOL to file a proof of claim with the court as well to reserve my rights and I plan on doing just that.


Sincerely

Jason brand

Sent from my iPhone

On Sep 11, 2015, at 4:38 PM, Angermann, Kristin
<kangermann@garfunkelwild.com> wrote:


The attached correspondence is being sent to you on behalf of Andrew L. Zwerling, Esq.  Thank you.

Kristin Angermann, Legal Assistant
Garfunkel Wild, P.C.
111 Great Neck Road, 6th Floor
Great Neck, New York 11021
(516) 393-2501 (Direct)
(516) 393-2200 (Main)
(516) 466-5964 (Fax)
kangermann@garfunkelwild.com

NOTICE:  This e-mail and the attachments hereto, if any, may
contain legally
 privileged and/or confidential information.  It is intended
only for use by
 the named addressee(s).  If you are not the intended
recipient of this
 e-mail, you are hereby notified that any dissemination,
distribution or
 copying of this e-mail and the attachments hereto, if any,
is strictly
 prohibited.  If you have received this transmission in
error, please
 immediately notify the sender by telephone and permanently
delete this
 e-mail and the attachments hereto, if any, and destroy any
printout thereof.

<GW-GW-Samantha Brand letter 9-11-15.pdf>

**From:** jason brand jasonb8293@me.com
**Subject:** Re: Principal Life v. Brand - 920632
**Date:** Yesterday at 11:05 PM
**To:** David I. Curkovic dcurkovic@srcattorneys.com
**Cc:** Carrie E. Cope ccope@srcattorneys.com, Richard Harrow rharrow@0alaw.com, Linda S. Agnew lagnew@jaspanllo.com, Alan Labodorl alabadorf@sobelins.com, Phyllis Taub plaub@sobelins.com, cheryl.skinner@dfs.ny.gov, Amy Hackett Amy.Hackett@phly.com
**Bcc:** Ivan Dolowich IDolowich@kdvlaw.com, Matthew Minero MMinero@kdvlaw.com, Alan Brand alanabrand250@yahoo.com

All ,

*There is a current open investigation against Principal & their bad faith actions.*

I was waiting on your response and today I got a FedEx with a default in the principal case . I kept asking and pressuring Amy hachet at Philadelphia insurance claims dept. about this claim, everyone said I had time. I asked for a extension with the court and I guess that wasn't enough.

I am not a attorney , but I am quite good at insurance coverage issues from dealing with lawsuits over the last bunch of years. Working at narco freedom and having direct interaction with the broker and Philadelphia and other insurance carriers that narco insured with over the years  I can definitely tell you that the principal claim was 100% related to the current claim that Philadelphia is defending me under the d&o coverage , providing a duty to defend .

Given that the accusations were identical to the first round of indictments alleged by the nys attorney generals office.  Philadelphia insurance has been providing coverage for a the covered loss and action and the policy clearly states that it will continue to defend until adjudication.
An insurance company doesn't get to pick and chose after they afford the coverage to defend a defendant. If Philadelphia does , it's considered  a bad faith action by the insurance company. This is actually what principal life is doing in this federal suit to rescind coverage! Your company is following their lead and breaching your insurance contract. An alleged act against myself for material misrepresentation acting as a individual , or a employee of narco freedom are both covered under the idemification agreement that has afforded me coverage in the first place.  The rescission paperwork allege both myself individually and as a employee of narco freedom . An employee when they allege that I did not disclose the narco freedom Cigna group ltd plan . Keeping in mind the narco freedom

group ltd plan under Cigna wasn't in existence when I applied for coverage with principal life's ltd plan. (He we go again with a covered "alleged" and also false and baseless accusation as a way to rescind coverage by showing a "alleged" history of "material misrepresentations". The KEY WORD HERE IS "alleged". No final adjudication can be made if I lack defense , that's why Philadelphia insurance has afforded defense under my insurance contract!

Bad faith is also determined when a claim is filed and/or in this case -  an "related action" in which relates to a existing case (pending)  that has been afforded coverage already by the insurance company is forwarded over to a insurance company that is covering your action, and they don't act quickly and without delay that may cause harm to the case or insured. You have done this , and we have a defaulted judgement as a result !

 I don't have the means as you already know given I'm being idemified and Philadelphia is covering the attorney costs under the existing asset forfeiture case brought in Bronx county Supreme Court.

I have no means to defend myself! I have contacted Suffolk county bar association and the nys bar association for a pro bono atty referral , without any follow up. I contacted Nassau/ Suffolk legal services without them getting back to me as well!

Philadelphia has complete knowledge that I have no means to pay legal fees and has been paying my legal fees under the civil forfeiture action in which I was accused of insurance fraud - specifically under the 13a statue. There is no secret , yet baseless accusations but your policy provides defense for this alleged action , this alleged action has pretty much destroyed my livelihood , and my disability policies afforded to me have taken advantage of myself and my disabilities ( yes now more debilitating disabilities) courtesy of my trusted insurers acting in bad faith, have not allowed me resources to get better .! Lose my health benefits, and lose access to my medications and medical care . Force me to do things I cannot do because of medical conditions and pretty much now I have been getting sicker and sicker with more health problems then when I took leave last year . Let alone the mental anguish I have been subjected to, but the constant bad faith of my

insurers one after the next when I need them the most is devastating given there was never a issue when things were good accepting premium payments ! Insurance is there for the real bad times , this is a real bad time and my insurers are running away from me instead of providing the coverage they promised and advertised! If you continue long enough you will win because I won't be here anymore to fight for my rights , because my health is just getting progressively worse and it's all because of interests you have insured and idemified!

I am not a attorney nor do I know the process in which a default such as this gets overturned, but your failure has potentially caused serious harm to an alleged act in which you have provided coverage and now you have just prejudiced my right to defense by your lack of determining coverage in a "reasonable" time frame. ( "reasonable" in this case has been defined by the court , because they granted the default)

I ask you reconsider your actions rather quickly and get this overturned . And get me the continued coverage I am entitled to under the insurance contract , my joint defense agreement and idemification agreement all accepted by narco freedoms board at the beginning of this suit.

Consider that this email as notice that if Philadelphia fails to provide the coverage continuously for defense purposes in all related actions as per the d&o policy as a "related claim" therefore under the policy it reads that related claims for the same action and/or indictment will be covered as one claim and subject to same deductible and limits of insurance, and will not be considered a new claim with a new retention and separate limits of insurance.

If you have already and continue to prejudice my rights , consider this notice that I will bring a bad faith claim against Philadelphia insurance for breach of contract.

I was asking for representation in a action that would prejudice the whole case and all parties who have been accused of the same charges in which have been idemified under Philadelphia's d&o policy .

Principal life and their attorney's have used the current nysag case as a way to attempt to avoid coverage . Narco freedom is 100% responsible for defense costs under my idemification agreement since it is related to the current ag investigation and alleged charges , plus the principal policy and other policies were purchased to make sure my family was protected if I ever became disabled as the narco freedom erisa ltd plan if coverage were triggered as defined would only cover a maximum of 70 percent up to a 10k max.

It would not provide enough for me to support my family .

That is why this plan and others were purchased and principal is also using a false accusation in which the group Cigna life policy existed with narco freedom in which I never disclosed to principal at the time of the application . That is correct , but that is because narco freedom didn't have a ltd plan with Cigna until 6 months after the binding of coverage of the principal policy . But that doesn't stop Cigna from alleging a false accusation in order to try and pull coverage.

The principal policy also has language in it that disability payments would be made if I did become disabled and they felt I provided material misrepresentations at the time of insurance binding, but they would have to make payments under the policy until a final adjudication by a court.

Also there was a premium waiver that premium would not have to be paid after the 90 day elimination period and benefits began, which would have been this past January. Yet they continue to accept premium until they decided to rescind after 8 months and a appeal.

This all really is baseless to the fact that Philadelphia has afforded coverage already for alleged "insurance fraud , and or material misrepresentation" and idemification was for all related claims without prejudice.

I request a answer immediately and how Philadelphia plans to fix this , or I will do what I have to do to preserve my rights under the law.

I do hope Philadelphia acts in good faith to rectify their actions and provide coverage. There is a conference on Friday for some reason with the magistrate judge . You will be reading this on Thursday , one day before. The default was entered into ecf today and I received the FedEx requesting a default this evening when I returned home from the Jewish holiday.  The motion by the plaintiffs attorneys for a default was essentially received by me after the judge granted it. If that even makes sense ?  I didn't even have to sign the FedEx it was just left at the front door .

Sincerely,


Jason brand

123111102049.pdf

Sent from my iPhone

On Sep 18, 2015, at 6:17 PM, Curkovic, David I. <dcurkovic@srcattorneys.com> wrote:

Mr. Brand,

Please see the attached correspondence from Carrie Cope.  A hard copy is being mailed to you, as well.

David I. Curkovic
**Schuyler, Roche & Crisham, P.C.**
DCurkovic@SRCattorneys.com
312 565.8317 TEL | 312 565.8300 FAX
<Narco Freedom - 2015-9-18- Carrie Cope to Jason Brand – Principal Life Suit.PDF>

PRANEIPM VS BRAND                    2: 15-cv-03804-JS-AKT

\* This Has Been Fully emailed To

The Plantiffs Consid, Per Youe

[2]

request - I Am told The Court is
On for 3 pm Tomorrow & I
Truly Appreciate Your Time & Understanding

X Again - IM SORRY for HANDWRITING THIS -
it My Medical Problem. AND I WANTED TO
Get This to you ASAP.

Contractor Details                                              http://a810-bisweb.nyc.gov/bisweb/LicenseQueryServlet?licensetyp...





⊠ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

**NYC Department of Buildings**

**Contractor Details**

=== GC SAFETY REGISTRATION ===
JASON BRAND

**Date Registered:**          **Contractor ID:** 602841
12/21/2009
**Status:** A - ACTIVE        **Expiration:** 12/21/2012
**City Employee:** No
**Office Address:** 1735 WEST FARMS RD BRONX, NY 10460
**Business Phone:** 888-432-7601

**Business 1 :** DASO DEVELOPMENT CORP

| Insurance Type | Policy | Required | Company | Expiration Date |
|---|---|---|---|---|
| General Liability | DPC004133800 | Yes | ARCH SPECIALTY INS | 10/26/2011 |
| Workers' Compensation | X20664616 | Yes | NYS INSURANCE FUND | 01/06/2012 |
| Disability | 5484021 | Yes | ZURICH AMERICAN INS CO | 12/30/2011 |

**Endorsements**

**Status:** ACTIVE  **Type:** DM - DEMOLITION
**Status:** ACTIVE  **Type:** CN - CONSTRUCTION
**Status:** ACTIVE  **Type:** CC - CONCRETE

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by
dialing 311 or (212) NEW YORK outside of New York City.

9/13/2011 3:29 PM

p.2                    6312707381                    Jason Brand                    Sep 23 15 07:23a

*ACCEPTED  IN 2010*

**ACORD**  **CERTIFICATE OF LIABILITY INSURANCE**   OP ID M3   DATE (MM/DD/YYYY) 10/04/10

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT:  If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed.  If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement.  A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: |
|---|---|
| Sobel Affiliates<br>595 Stewart Avenue<br>Garden City NY 11530-4735<br>Phone:516-745-0000 | PHONE (A/C, No, Ext): / FAX (A/C, No): <br>E-MAIL ADDRESS: <br>PRODUCER CUSTOMER ID #: DASOD-1 |

| | INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|---|
| INSURED<br>Daso Development Corp.<br>1735 W. Farms Rd, Floor #2<br>Bronx NY 10460 | INSURER A: Arch Specialty Insurance | 21199 |
| | INSURER B: National Union Fire Ins Co | 19445 |
| | INSURER C: | |
| | INSURER D: | |
| | INSURER E: | |
| | INSURER F: | |

**COVERAGES**   CERTIFICATE NUMBER:   REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | GENERAL LIABILITY<br>X COMMERCIAL GENERAL LIABILITY<br>  CLAIMS-MADE X OCCUR<br>X Ded: $1,000 | | X | DPC003533701 | 09/26/10 | 09/26/11 | EACH OCCURRENCE | $1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $50,000 |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER:<br>POLICY  PRO-JECT  LOC | | | | | | GENERAL AGGREGATE | $2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $2,000,000 |
| | | | | | | | | $ |
| | AUTOMOBILE LIABILITY<br>ANY AUTO<br>ALL OWNED AUTOS<br>SCHEDULED AUTOS<br>HIRED AUTOS<br>NON-OWNED AUTOS | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| B | X UMBRELLA LIAB X OCCUR<br>X EXCESS LIAB   CLAIMS-MADE<br>DEDUCTIBLE<br>RETENTION $ | | | BE011114870 | 09/26/10 | 09/26/11 | EACH OCCURRENCE | $3,000,000 |
| | | | | | | | AGGREGATE | $3,000,000 |
| | | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY  Y/N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | | | | WC STATU-TORY LIMITS / OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)
The policy of insurance names the City of New York as Additional Insured and provides completed operations coverage as required by written contract.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| THE CITY<br>The City of New York and The<br>Department of Transportation<br>c/o DOT Office of Permit<br>Management, 55 Water St<br>New York NY 10041 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.<br><br>AUTHORIZED REPRESENTATIVE |

© 1988-2009 ACORD CORPORATION. All rights reserved.

ACORD 25 (2009/09)   The ACORD name and logo are registered marks of ACORD



From: **jason brand** jasonb8293@aol.com
Subject: Fwd: Jason Brand
Date: September 18, 2015 at 6:59 PM
To: David Curkovic I. DCurkovic@SRCattorneys.com, ccope@srcattorneys.com

## This was the broker

## Sent from my iPhone

## Begin forwarded message:

**From:** David Glenn <dglenn@rampartinsurance.com>
**Date:** June 30, 2015 at 10:21:17 PM EDT
**To:** Jason Brand <'Jasonb8293@aol.com'>
**Subject:** Fwd: Jason Brand

Fyi i sent this to Principal yesterday!


David Glenn
O-516-390-3638
C-917-912-0212
EFax-516-390-3639


-------- Original message --------
**From:** David Glenn <dglenn@rampartinsurance.com>
**Date:** 06/29/2015 3:52 PM

Amy as per below you had received my email requesting an update on Jason Brand on May 15th. To date I still have not received a response from anyone at Principal and this is beyond unacceptable to leave the insured as well as myself dangling in limbo like this indefinitely. I have lost all faith in Principal and so had the insured. You have completely disturbed my relationship with my client as he assigns blame to myself and Rampart for his current predicament. Your last reply was it was being reviewed by management and that was over 6 weeks ago. I cannot understand what the holdup is as everything is in order and double checked. He has provided hundreds of pages of documentation and

was expecting payments to begin months ago. Please advise what Principal's positions is as soon as possible as I am expecting a favorable outcome for Mr. Brand during this especially difficult time for him and his family.

David

---

David Glenn
1983 Marcus Ave, Suite C130 | Lake Success, NY 11042
T. (516) 390-3638 | F. (516) 390-3639 | C. (917) 912-0212
Rampart Brokerage Corporation
website | map | email

-----Original Message-----
From: Ralston, Amy [mailto:Ralston.Amy@principal.com]
Sent: Friday, May 15, 2015 2:26 PM
To: David Glenn
Subject: Read: RE: Jason Brand
Importance: High

Your message

   To: Ralston, Amy
   Subject: RE: Jason Brand
   Sent: Friday, May 15, 2015 1:23:59 PM (UTC-06:00) Central Time (US & Canada)

was read on Friday, May 15, 2015 1:26:26 PM (UTC-06:00) Central Time (US & Canada).

Please note that additions or changes to coverage, or a first
report of a claim,
cannot be made via email. You must speak directly with an
Account Executive or
Claims Department representative.

CONFIDENTIALITY NOTICE:

The information contained in this e-mail communication,
together with any
attachments or links, is intended for the use of, and  to be
reviewed by, only
the individual or entity named above and contains information
that is
confidential and/or legally  protected.  If the reader of
this e-mail
communication is not the intended recipient or a
representative, employee or
agent of the intended recipient, you are hereby notified that
any review,
disclosure, dissemination, distribution, copying or use of
this communication or
the information contained herein, including in any attachment
or link, is
prohibited.  If you have received this e-mail communication
in error, please
notify the sender immediately by return e-mail message and
delete it, together
with any attachments, from your computer system.   THANK YOU.

ATT00001.bin

-----Message Disclaimer-----

This e-mail message is intended only for the use of the individual or entity to
which it is addressed, and may contain information that is privileged, confidential

and exempt from disclosure under applicable law. If you are not the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply email to Connect@principal.com and delete or destroy all copies of the original message and attachments thereto. Email sent to or from the Principal Financial Group or any of its member companies may be retained as required by law or regulation.

Nothing in this message is intended to constitute an Electronic signature for purposes of the Uniform Electronic Transactions Act (UETA) or the Electronic Signatures in Global and National Commerce Act ("E-Sign") unless a specific statement to the contrary is included in this message.

If you are a Canadian resident and no longer wish to receive commercial electronic messages you may unsubscribe at https://secure02.principal.com/forms/corporate/donotcontact-canadian-residents.htm any time.