WHEREFORE, IT IS HEREBY ORDERED that:

1.) All documents released to Brand and/or Brand's representatives by the New York State Attorney General's Office on or about September 20, 2018 shall be immediately turned over to the temporary custody of a bona fide, third-party vendor selected by Insurers for copying at Insurers' expense;

2.) Insurers shall effectuate the return of all original documents to Brand or Brand's designated representative(s) or custodian(s) promptly upon completion of the work by Insurers' copying vendor; and

3.) All such documents shall be governed by the Confidentiality Order signed by Insurers' representatives and submitted with their motion

*[handwritten annotation]: and subject to a clawback provision. should privileged documents be disclosed*

ENTERED: September 20, 2018

_____
HON. GARY R. BROWN
UNITED STATES MAGISTRATE JUDGE

7418416_1:11468-00007

- 2 -

IN THE UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY,<br>                              Plaintiff,<br><br>                    v.<br><br>JASON P. BRAND,<br>                              Defendant. | Civil Case No. 2:15-cv-03804 (JMA)(GRB) |
| JASON P. BRAND,<br>                              Plaintiff,<br><br>                    v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S,<br>LONDON,<br>                              Defendant. | Civil Case No. 2:15-cv-06371 (JMA)(GRB) |

## ~~[PROPOSED]~~ ORDER GRANTING EMERGENT MOTION TO COMPEL PRODUCTION OF DOCUMENTS TO BONA FIDE COPYING VENDOR

This matter having come before the Court upon an emergent motion by Principal Life Insurance Company and Certain Underwriters at Lloyd's, London (collectively "Insurers") for an order directing that all documents released by the New York State Attorney General's Office to Jason P. Brand ("Brand") or Brand's representatives be immediately turned over to Insurers' bona fide vendor for copying; the Court having reviewed the motion and related papers; and after due deliberation and sufficient cause appearing therefor, the Court finds that the motion should be GRANTED.